IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN M. YOUNG,

    Plaintiff,

v.

Case No. 20-cv-1084-bbc

JANET FISCHER, MARK KARTMAN,
PAULA STOUDT, DANIEL LEFFLER,
JOSHUA KOLBO, MATTHEW SCULLION,
HEIDI BROWN, MATTHEW MUTIVA,
STEPHEN SCHNEIDER, KYLE BAYNE,
CHANCE CASTEL, KEITH WIEGEL, JAMIE
L. ADAMS AND SHERYL L. KINYON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |